### J. O. Ross et al. v. P. A. Drouilhet et al.

Decided March 31, 1904.

**Certified Questions—Entire Case.**

It is not contemplated by the statute that practically all the questions of a complicated case should be certified by the Court of Civil Appeals to the Supreme Court for decision, and such a certificate will be dismissed. Kelley-Goodfellow Shoe Co. v. Liberty Ins. Co., 87 Texas, 112, followed. (P. 459.)

Questions certified from the Court of Civil Appeals for the First District, in an appeal from Galveston County.

*Jas. B. & Chas. J. Stubbs, Edgar Watkins,* and *Frank C. Jones,* for appellants.

*P. A. Drouilhet,* for appellees.

GAINES, Chief Justice.—In this case the Court of Civil Appeals have certified for our decision seven questions—one a question of practice, and the others affecting the merits of the case. We are unable to distinguish in principle this certificate from that sent up in the case of the Kelly-Goodfellow Shoe Co. v. Insurance Co., 87 Texas, 112, which was dismissed by this court. For the reasons given in the opinion in the case cited we must decline to answer the questions in this case. The certificate is accordingly dismissed.

*Certificate dismissed.*